UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT PIKEVILLE
CRIMINAL MINUTES – SENTENCING

Case No. 7:24-cr-22-KKC-EBA-1     At  Lexington     Date: July 28, 2025

USA vs. Tiffany N. Blanton     x  present     x  custody     __ bond     __ OR     Age ____

DOCKET ENTRY: The parties appeared for the sentencing hearing as noted. The United States Probation Officer William Clay Weaver was also present. Both parties have confirmed to the Court that they have received and thoroughly reviewed the Presentence Report (PSR), and they have no objections to its contents. The Court adopts the factual findings and advisory guideline applications set out in the Presentence Report ("PSR"). Following the announcement of the sentence, the defendant was advised of her appellate rights.

PRESENT: HON. KAREN K. CALDWELL, U. S. DISTRICT JUDGE

| Dulce Combs | Lauren Gootee | None | Greg Rosenberg for Andrew H. Trimble |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Interpreter | Assistant U.S. Attorney |

Counsel for Defendant  Andy Markelonis     x  Present     __ retained     x  appointed

PROCEEDINGS: **SENTENCING (non-evidentiary)**

____     Objections to Presentence Report.

  x      No objections to Presentence Report.

  x      The court's Advice of Right to Appeal was provided to the defendant.

  x      The transcript shall be deemed as written findings of the Court.

  x      Judgment shall be entered (See Judgment & Commitment.)

____     Defendant remains on bond, conditions of release.

  x      Defendant remanded to the custody of the USM.

Copies: COR, USP, USM

Initials of Deputy Clerk: dc
TIC:  / 21 min

1